FILED

APR 1 6 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 19-30049-NJR |
| JOSEPH L. HUGHES, a/k/a "Joe King," | ) ) ) | Title 18, United States Code, Sections 2422(b) and 2423(b). |
| Defendant. | ) ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ENTICEMENT OF A MINOR

From on or about November 21, 2018, until on or about December 8, 2018, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**JOSEPH L. HUGHES, a/k/a "Joe King,"**

defendant herein, did knowingly use a facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person could be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about November 24, 2018, in St. Clair County, Illinois, within the Southern District of Illinois, and the State of Missouri,

**JOSEPH L. HUGHES, a/k/a "Joe King,"**

defendant herein, did knowingly travel in interstate commerce from the State of Missouri to St. Clair County, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3

### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about December 8, 2018, in St. Clair County, Illinois, within the Southern District of Illinois, and the State of Missouri,

**JOSEPH L. HUGHES, a/k/a "Joe King,"**

defendant herein, did knowingly travel in interstate commerce from the State of Missouri to St. Clair County, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention