# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RECEIVED
UNITED STATES MARSHAL
2019 APR 17 PM 4:30
SOUTHERN DIST.
ILLINOIS
E. ST. LOUIS, IL

UNITED STATES OF AMERICA
*Plaintiff*

v.

Joseph L. Hughes
a/k/a "Joe King"
*Defendant(s)*

Case Number: 19-cr-30049-NJR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph L. Hughes a/k/a "Joe King",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Enticement of a Minor in violation of 18:2422(b)
Counts 2-3: Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18:2423(f) and 18:2423(b)

Date: April 17, 2019

*Reid A. Hermann*, Deputy clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/17/19, and the person was arrested on *(date)* 5/1/19
at *(city and state)* E St. Louis, IL.

Date: 5/2/19

*Arresting officer's signature*

CHAD S. UHL
*Printed name and title*

1925-0417-0832-J