IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-30049-NJR |
| | ) | |
| JOSEPH L. HUGHES, | ) | |
| a/k/a "Joe King," | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1.      From on or about November 21, 2018, until on or about December 8, 2018, Defendant Joseph L. Hughes, using the name "Joe King, a 27 year old man, used the internet, a facility of interstate commerce, specifically Facebook Messenger, to text a 14 year old minor female, knowing that she was 14 years old, to set up visits to her residence in St. Clair County, Illinois, within the Southern District of Illinois, from Missouri, to engage in sexual activity.   By doing so, he used the internet, a facility of interstate commerce, to persuade, induce, entice, or coerce the minor female to engage in sexual activity for which he could have been charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d).

2.      On November 24, 2018, the defendant traveled from Missouri to Belleville, St. Clair County, Illinois, within the Southern District of Illinois, and engaged in illicit sexual conduct with the 14 year old minor female at her residence.

1

3.    On December 8, 2018, the defendant again traveled from Missouri to Belleville and engaged in illicit sexual conduct with the 14 year old minor female at her residence.

4.    In a voluntary, videotaped statement, the defendant admitted using the Facebook name "Joe King." He also admitted traveling to the minor female's residence on both occasions charged in the Indictment and engaging in sexual activity with her on each occasion. He further admitted that the minor female told him her age right away, and that he knew that what he did was "against the law."

5.    This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

JOSEPH L. HUGHES
Defendant

ANGELA SCOTT
Assistant United States Attorney

G. ETHAN SKAGGS
Attorney for Defendant

Date: 8/16/20

Date: 10/8/20

2