IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-CR-30049-NJR-1 |
| | ) | |
| JOSEPH HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION**

COMES NOW the Defendant, by and through his attorney, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and for his Motion for Extension states as follows:

1. The presentence report (PSR) has been disclosed. Objections to same are due by December 16, 2020.

2. The guideline calculation in the PSR is not consistent with the guideline calculation in the plea agreement. The sentencing range in the PSR is considerably higher than the range contemplated in the plea agreement. Counsel needs additional time to consult with the Defendant regarding possible objections and conduct further research regarding the calculations in the PSR. Counsel's review of the matter, consultation with the Defendant, and research cannot be completed by the present deadline for objections. Counsel cannot effectively represent the Defendant without additional time to investigate the matter.

3. The Defendant has not previously requested an extension of time for possible PSR objections.

WHEREFORE, Defendant prays that this Honorable Court grant his Motion for

Extension and extend the current PSR objection deadline to December 28, 2020.

Respectfully submitted,

*/s/ Ethan Skaggs*
ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Angela Scott, Assistant United States Attorney, Southern District of Illinois, via electronic filing with the Clerk of the Court using the CM/ECF system on December 16, 2020.

*/s/* Ethan Skaggs