UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
☐ Benton  ☒ East St. Louis  ☐ Video Conference
☐ Contested  ☒ Uncontested

# MINUTES OF DISPOSITION

JUDGE: **Nancy J. Rosenstengel, Chief U.S. District Judge**

| | |
|---|---|
| USA v. **JOSEPH L. HUGHES** | CRIMINAL CASE NO.: **19-CR-30049-NJR-01** |
| DATE: **April 14, 2021** | TIME: **9:30 AM - 10:00 AM** |
| REPORTER: **Stephanie Rennegarbe** | DEPUTY: **Deana Brinkley** |
| GOVT. COUNSEL: **Angela Scott** | DEF. COUNSEL: **Ethan Skaggs** |
| U.S. PROBATION: **Craig Knabe** | |

Court orders recommendation to be placed under separate seal and counsel will not have access to same.

SENTENCE: **To be imprisoned for a term of 149 months each as to Counts 1, 2, and 3 of the Indictment. All counts shall run concurrently. This sentence consists of 151 months with credit for the 2 months defendant spent in state custody on a related charge.**

SUPERVISED RELEASE: **Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 5 years each as to Counts 1, 2, and 3 of the Indictment. All counts shall run concurrently.**

Defendant shall pay a **FINE** of **$300.00** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Defendant shall pay a **SPECIAL ASSESSMENT** of **$300.00** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Court finds Defendant's financial condition is such that he is unable to pay costs of incarceration or supervision and they are WAIVED.

Defendant advised of right to appeal within 14 days.

Defendant remanded to the custody of USMS.