AO 245B (SDIL Rev. 10/19) Judgment in a Criminal Case

DEFENDANT: JOSEPH L. HUGHES

CASE NUMBER: 19-CR-30049-NJR-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **149 months each as to Counts 1, 2, and 3 of the Indictment. All counts shall run concurrently. This sentence consists of 151 months with credit for the 2 months defendant spent in state custody on a related charge.**

☒   The court makes the following recommendations to the Bureau of Prisons: **the Court recommends that defendant is placed at USP Marion, Illinois, to be near his family and to engage in programming at that facility.**

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _June 16, 2021_ to _FCI ASH_

at _Ashland, KY_____, with a certified copy of this judgment

For _David LeMaster / Warden_

By _____ / LSO