UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>V.<br><br>JOSEPh L. HUGHES<br><br>      Defendant | CASE NO 19-CR-30049-4JR-01 |

## Motion for Modification of Reduction of Sentence
### Pursuant to 18 U.S.C. §3582(c)(2)
### (Guideline Amendment No. 821)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then United States Sentencing Guideline (U.S.S.G.) §4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024. In support of this motion, I state as follows:

1.    I am serving a term of imprisonment.

2.    My presentence report:

      ___ included "Status Points" in the calculation of my criminal history score under then-U.S.S.G. §4A1.1(d).

      _X_ scored me as having zero criminal history points.

3.    I was sentenced in the   SOUTHERN DISTRICT OF ILLINOIS

on (date) 04/14/2021   to a term of 151 months in prison.

My total offense level was 34 and my criminal history category was I .

4.   My projected release date is _Aug. 6, 29_. I understand
that the Amendment does not authorize release on any defendant
before February 1, 2024.


Signature of Petitioner: _____

Date: 02/12/2024

Print or Type Name: __JOSEP L. HUGHES___

Register #: __14393-025__

Current Address: FCI Thomson, PO BOX 1002, Thomson, IL. 61285.

Joseph L. Hughes #14393-025
FCI Thomson
PO BOX 1002
Thomson, IL. 61225



Clerk, US District Court
750 Missouri Ave.
East St. Louis, IL 62201



IL CLEARED
US MARSHALS

6220132954

RECEIVED

FEB 20 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE